## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXIS EDGARDO BAUTISTA CALLES,

                Petitioner,

    v.

JAMAL L. JAMISON, *et al*.,

                Respondents.

CIVIL ACTION NO. 26-5539

## ORDER

**AND NOW,** this 6th day of August 2026, upon consideration of Respondents request for a one-day extension of time to show cause why the Petition [Doc. No. 1] should not be granted, it is hereby **ORDERED** that the request is **GRANTED**. Respondents are ordered to **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted by **August 7, 2026, at 12:00 p.m**.

Respondents shall not deport or transfer Petitioner from this Court's jurisdiction prior to the August 11, 2026 hearing. Respondents may release **Petitioner from detention.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.