**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEXIS EDGARDO BAUTISTA CALLES, <br><br> Petitioner, <br><br> v. <br><br> JAMISON, J.L., *et al.*, <br><br> Respondents. | Civil Action No. 26-5539 <br> (Judge Rufe) |

**STIPULATION & ORDER**

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on August 4, 2026, On August 5, 2026, the Court issued an Order, among other matters, setting an August 6 deadline to respond to the petition and scheduling a hearing for today, August 11 at 1:30pm. The government responded to the petition on August 6. The parties agree that no hearing is necessary and advised the Court yesterday that the hearing could be canceled and a stipulation to that effect would follow. To expeditiously resolve the petition, the parties hereby stipulate as follows:

1. The parties waive oral argument and respectfully request that the Court cancel the hearing scheduled for August 11, 2026 and decide the petition for a writ of habeas corpus on the papers at the Court's earliest convenience.

Accordingly, it is hereby **ORDERED**:

1. The Court will decide the petition on the papers.

2. The hearing scheduled for August 11, 2026 at 1:30 p.m. is canceled.

Dated: August 11, 2026                          Respectfully submitted,


/s/ Brian Lin                                   */s/ Susan R. Becker*
Brian C. Lin, Esq.                              SUSAN R. BECKER
Best Law Associates, LLC                        Assistant United States Attorney
915 Spring Garden Street Suite 206              615 Chestnut Street, Suite 1250
Philadelphia, PA 19123                          Philadelphia, PA 19106
Email: lin@bestlawassociates.com                Susan.Becker@usdoj.gov

*Counsel for Petitioner*                        *Counsel for Respondents*




                                                BY THE COURT




Dated: _8/11/2026___                            s/Honorable Cynthia M. Rufe_____
                                                   HON. CYNTHIA M. RUFE
                                                   United States District Court Judge