**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXIS EDGARDO BAUTISTA CALLES,**<br>**Petitioner,**<br>**v.**<br>**JAMAL L. JAMISON, *et al.*,**<br>**Respondents.** | **CIVIL ACTION NO. 26-5539** |

**ORDER**

**AND NOW,** this 11th day of August 2026, upon consideration of Alexis Edgardo Bautista Calles's Petition for Writ of Habeas Corpus [Doc. No. 1] and Respondents' Opposition [Doc. No. 5], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1. It is hereby **DECLARED** that Mr. Bautista Calles's continued detention is in violation of the Immigration and Nationality Act. Mr. Bautista Calles is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Writ of Habeas Corpus shall issue, and the government shall **RELEASE** Mr. Bautista Calles from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than **4:00 p.m. ET on August 11, 2026.**

3. Mr. Bautisa Calles may not be required to submit to an ankle monitor or subject to excessively onerous reporting requirements that were not required prior to his recent detention.

4. The government is temporarily enjoined from re-detaining Mr. Bautista Calles for seven days following his release from custody.

5. The government shall, immediately upon Mr. Bautista Calles's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

6. The Court defers any award of costs or reasonable attorney fees at this time.

7. If the government chooses to pursue renewed detention of Mr. Bautista Calles after the seven-day period mentioned in Paragraph 4, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Mr. Bautista Calles poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Mr. Bautista Calles from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Mr. Bautista Calles is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Mr. Bautista Calles if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Mr. Bautista Calles.

It is so **ORDERED.**

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**