**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXIS EDGARDO BAUTISTA CALLES,**<br>**Petitioner,**<br>**v.**<br>**JAMAL L. JAMISON, *et al*.,**<br>**Respondents.** | **CIVIL ACTION NO. 26-5539** |

**ORDER**

**AND NOW,** this 27th day of August 2026, it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**